**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7306**

DARRON JERMAINE JONES,

                    Plaintiff - Appellant,

          v.

CRANFORD,

                    Defendant – Appellee,

          and

HARRINGTON; ESTRIDGE; ROBERSON; SMITH; YOUNG; BARRETT; HANSON; WARDEN; DYCUS; RIVERA,

                    Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Chief District Judge. (3:15-cv-00028-FDW)

Submitted: December 15, 2016          Decided: December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darron Jermaine Jones, Appellant Pro Se. Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darron Jermaine Jones appeals the district court's order granting Defendant Cranford's motion to dismiss Jones' 42 U.S.C. § 1983 (2012) action against Cranford. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Cranford, No. 3:15-cv-00028-FDW (W.D.N.C. Aug. 24, 2016). We deny Jones' motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED